THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Andrew Sanders*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ANDREW SANDERS, MEGAN GOODIN,<br>and QUNEIL GASTON,<br>　　　　Defendants. | CASE NO: 2:20-CR-00090-APG-VCF<br><br>**ORDER** |

IT IS HEREBY ORDERED that the United States Department of Parole and Probation shall prepare a Pre-Plea Presentence Report on Defendant ANDREW SANDERS.

DATED AND DONE this  22nd  day of            November            , 2021.

_____
UNITED STATES DISTRICT JUDGE

5