# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SANDERS, MEGAN GOODIN, and QUNEIL GASTON<br><br>Defendants. | Case No.: 2:20-cr-00090-CDS-VCF<br><br>Order Denying Stipulation and Order to Continue Calendar Call and Trial (Seventh Request)<br><br>(ECF No. 88) |

This matter comes before the Court on the parties' stipulation to continue calendar call and trial. ECF No. 88. The parties request that the Court move the trial date from September 12, 2022, to a date no sooner than sixty (60) days. They also request that the Court adjust all pre-trial deadlines accordingly. The only reason the parties give for this request is that "[t]he parties require additional time to review the discovery and determine whether there are issues that must be litigated before proceeding to trial." *Id.*

The Court will not continue the trial date unless there is good cause to do so. Without more information, the parties' vague statement that additional time to review discovery does not suffice, especially given this is the seventh request. Therefore, the seventh request to continue calendar call and trial is DENIED.

DATED this 18th day of August, 2022.

_____
Cristina D. Silva
United States District Court Judge