THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Andrew Sanders*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:20-CR-00090-CDS-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (First Request) |
| ANDREW SANDERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by ANDREW SANDERS, by and through his attorney, THOMAS A. ERICSSON, ESQ., and the United States of America, by and through JASON M. FRIERSON, United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, that the sentencing hearing currently set for December 1, 2022, at the hour of 11:00 a.m., be vacated and continued until December 12, 2022, at the hour of 11:00 a.m., a date and time that is convenient to the Court.

The request for a continuance is based upon the following:

1. The defense has a conflict with the current setting of December 1, 2022.

2. The parties agree that the sentencing hearing should be continued.

3. ANDREW SANDERS is in custody, and he does not oppose the requested continuance.

1

4. The Government has no objection to the continuance.

5. Denial of this request for continuance would deny the defendant the opportunity to effectively present his sentencing case.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: November 17, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Daniel J Cowhig* |
| Thomas A. Ericsson, Esq. | Daniel J. Cowhig |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 9900 Covington Cross Drive, Suite 290 | 501 Las Vegas Blvd. South, Suite 1100 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| Attorney for Andrew Sanders | Attorney for the United States of America |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>ANDREW SANDERS,<br>　　　　　Defendant. | CASE NO: 2:20-CR-00090-CDS-VCF<br><br>**ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The defense has a conflict with the current setting of December 1, 2022.

2. The parties agree that the sentencing hearing should be continued.

3. ANDREW SANDERS is in custody, and he does not oppose the requested continuance.

4. The Government has no objection to the continuance.

5. Denial of this request for continuance would deny the defendant the opportunity to effectively present his sentencing case.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for December 1, 2022, at the hour of 11:00 a.m. be vacated and continued to the 12th day of December, 2022, at the hour of 11:00 a.m.

DATED AND DONE this  18th  day of   November            , 2022.

_____
UNITED STATES DISTRICT JUDGE