THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant Andrew Sanders*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SANDERS,<br>　　　　Defendant. | CASE NO: 2:20-CR-00090-CDS-VCF<br><br>**UNOPPOSED MOTION FOR DEFENDANT TO APPEAR AT SENTENCING VIA VIDEO CONFERENCE** |

COMES NOW ANDREW SANDERS, by and through his attorney, THOMAS A. ERICSSON, ESQ., of Oronoz & Ericsson, LLC, and hereby moves this Honorable Court to order Defendant to appear at sentencing via video conference.

This request is based upon the pleadings and papers on file herein, the attached Memorandum of Point and Authorities, and any oral argument the Court may entertain.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.　　STATEMENT OF FACTS**

Currently, Defendant Andrew Sanders is scheduled for sentencing on December 12, 2022, on the charges of one count of Conspiracy to Commit Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a); and five counts of Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2.

Mr. Sanders is a fifty-year-old male with asthma and diabetes who requests that he be allowed to attend his sentencing hearing via video conference to avoid unnecessary travel and exposure to illness, aggravating symptoms, and potential for exposure to COVID-19 and other related illnesses.

Counsel for Defendant ANDREW SANGERS has spoken with Assistant United States Attorney DAN COWHIG, Esq., and he is unopposed to this motion.

**II.     LEGAL ARGUMENT**

Pursuant to Section 15002(b)(2) of the CARES Act, Defendant Sanders moves the Court to find that his sentencing hearing cannot be further delayed without serious harm to the interests of justice due to Mr. Sanders seeking prompt programming through the Bureau of Prisons and that his appearance by video conferences is justified due to his compromised health status. The Court has authority to make such a finding under the CARES Act, Section 15002(b)(2).

**CONCLUSION**

Based on the foregoing, Defendant Sanders respectfully moves this Court to grant his Motion to Appear at sentencing via video conference.

DATED this 22nd day of November, 2022.

> */s/ Thomas A. Ericsson*
> THOMAS A. ERICSSON, ESQ.
> Nevada Bar No. 4982
> *Attorney for Andrew Sanders*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employee of ORONOZ & ERICSSON, LLC, a firm licensed to practice law in the District of Nevada. On November 22, 2022, I served an electronic copy of the foregoing **UNOPPOSED MOTION FOR DEFENDANT TO APPEAR AT SENTENCING VIA VIDEO CONFERENCE** by electronic service (ECF) to the person named below:

DANIEL COWHIG, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 110
Las Vegas, Nevada 89101

By: */s/   Thomas A. Ericsson*
Oronoz & Ericsson, LLC

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant Andrew Sanders*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br><br> vs. <br><br> ANDREW SANDERS, <br>         Defendant. | CASE NO: 2:20-CR-00090-CDS-VCF <br><br> **ORDER ON UNOPPOSED MOTION FOR DEFENDANT TO APPEAR AT SENTENCING VIA VIDEO CONFERENCE** |

     IT IS THEREFORE ORDERED that Defendant ANDREW SANDERS shall appear for sentencing via video conference at the sentencing hearing currently scheduled for December 12, 2022, at the hour of 11:00 a.m.

     DATED AND DONE this  28th  day of _____November_____, 2022.

_____
UNITED STATES DISTRICT JUDGE